IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELVIN KIMBRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KARY BROWN, )<br>)<br>Defendant. ) | NO. 09-cv-00511-JPG-DGW |
| | Consolidated With: |
| MELVIN KIMBRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KARY BROWN, )<br>)<br>Defendant. ) | NO. 10-cv-01018-JPG-DGW |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  November 16, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Deborah Agans, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
               J. PHIL GILBERT
               U. S. DISTRICT JUDGE