IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELVIN KIMBRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 09-cv-00511-JPG-DGW |
| ) | |
| KARY BROWN, ) | |
| ) | |
| Defendant. ) | |
| | Consolidated With: |
| MELVIN KIMBRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 10-cv-01018-JPG-DGW |
| ) | |
| KARY BROWN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   November 16, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
             J. PHIL GILBERT
             U. S. DISTRICT JUDGE